**Order entered August 8, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-22-00520-CR

**JOSEPH MICHAEL MARRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-84582-2018**

## ORDER

Before the Court is court reporter Kimberly Tinsley's August 4, 2022 request for an extension of time to file the reporter's record in this appeal. We **GRANT** the request and **ORDER** the reporter's record due by September 12, 2022.

/s/     LANA MYERS
        JUSTICE